Karas, J

United States District Court
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/07

CHRISTOPHER E. BROWN

                      Plaintiff,

against

FRIEDMAN FAMILY REAL ESTATE CO., LLC

                      Defendant.

Index No.: 07 CV 3274 (KMK)

- ROBINSON -

Stipulation

The undersigned attorneys hereby stipulate on behalf of their respective clients as follows:

1. The time for defendant to appear, answer or move with respect to the above captioned matter is hereby extended to July 31, 2007.

Ku & Mussman, P.A.

By /s/ J. Justin Griffin
J. Justin Griffin, Esq.
Ku & Musseman, PA
11098 Biscayne Blvd. Suite 301
Miami, Fl 33161
305 891 1322

Danow, McMullan & Panoff, P.C.

By /s/ Keven Danow
Keven Danow, Esq.
275 Madison Ave (1711)
New York, NY 10016
212 370 3744

SO ORDERED:

/s/
U.S.D.J.
7/3/07

Wbg\18168037.501 1