United States District Court
Southern District of New York

CHRISTOPHER E. BROWN,

                        Plaintiff,

against

FRIEDMAN FAMILY REAL ESTATE CO., LLC,

                       Defendant.

Index No.: 07 CV 3274

JUDGE ROBINSON

**ANSWER**

Respectfully answering the complaint:

1.   Defendant denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs 3, 4 or 5 of the complaint.

2.   Defendant admits that it is a New York Limited Liability Company and denies each and every other allegation contained in paragraph 6 of the complaint.

3.   Although it is lacks knowledge as to the events referred to in paragraph 7 of the complaint, Defendant admits that venue is properly placed in the Souther District of New York.

4.   Defendant reasserts its answers with regard to the paragraph 8 of the complaint.

5.   Defendant denies the allegations contained in paragraph 9 of

\litig\1816B117.701 1

the complaint but admits that portions of the Property contain
public accommodations which are subject to the Americans with
Disabilities Act.

6.   Defendant denies knowledge or information sufficient to form
a belief as to the allegations set forth in paragraphs 10, 11, 12
& 13 of the complaint.

7.   Defendant denies knowledge or information sufficient to form
a belief as to the allegations set forth in paragraphs 14, 15 and
16 of the complaint.  Defendant believes the Property to be in
substantial compliance with 42 U.S.C. §1218 et. seq. and 28
C.F.R. § 36.302 et seq.

8.   Defendant denies knowledge or information sufficient to form
a belief as to the allegations set forth in paragraph 17  of the
complaint.

9.   Defendant denies the allegations contained in paragraph 18
of the complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

10.  Defendant is not the owner, lessee or operator of the
"Property" described in the complaint.

\litig\1816B117.701 2

AS AND FOR A SECOND AFFIRMATIVE DEFENSE

11.  Upon information and belief all barriers where the removal
was readily achievable have been removed.

12.  Upon information and belief, where barriers could not be
readily removed, readily achievable alternative steps were taken.

AS AND FOR A THIRD AFFIRMATIVE DEFENSE

13.  In the event there was discrimination actionable under the
Americans With Disabilities Act, defendant was neither a
participant nor aware of the discrimination.

        Wherefore, Defendant demands judgment dismissing the
complaint together with costs and disbursements.


Dated:    New York, New York
          July 10, 2007

                                Yours etc.

                                Danow McMullan & Panoff, P.C.
                                KD 3876
                                275 Madison Ave. (Suite 1711)
                                New York  NY 10016
                                (212) 370 3744
                                Attorneys for : Defendant


\litig\1816B117.701 3