UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/o7

**Christopher E. Brown** *an individual, et al,*
*Plaintiffs,*

-v-

Case No.07 cv 03274(RJS)(MHD)

**Friedman Family Real Estate Co., LLC**
*a New York Limited Liability Company*
*Defendant.*

ORDER

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Dolinger for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_x_ Settlement* -The parties request a settlement conference in early January, 2008.

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ___

* Do not check if already referred for general pretrial.

SO ORDERED.
DATED:     New York, New York
           Nov. 27, 2005

RICHARD J. SULLIVAN
United States District Judge