Jan 31 2008 1:20PM   HP LASERJET FAX                                    p.2
01/31/2008 13:51 FAX  3058814512      KUDOFSMAN, P.A.                  @002/002



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
CHRISTOPHER E. BROWN,
an individual,                              Case No.: 07-cv-03274 (RJS)

        Plaintiff,

vs.

FRIEDMAN FAMILY REAL ESTATE CO., LLC,       **STIPULATION AND ORDER**
a New York Limited Liability Company,       **OF DISMISSAL WITH PREJUDICE**

        Defendant
----------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties in the above-captioned action, that all claims asserted by Plaintiff against Defendant, FRIEDMAN FAMILY REAL ESTATE CO., LLC, have been resolved pursuant to a Confidential Settlement Agreement executed by between the parties. The parties have further agreed to request that this Court retain jurisdiction solely for the purpose of enforcing said agreement, without costs to any party.

Dated this 31 day of January, 2008             Dated this 31 day of Jan, 2008

By: _____                    By: _____
J. Justin Griffin, Esq.                        Keven Danow, Esq.
Jxr10@hotmail.com                              kdanow@dmppc.com
Ku & Mussman, P.A.                             Danow, McMullan & Panoff, P.C.
Of Counsel                                     275 Madison Avenue
176 Route 304, 2nd Floor                       Suite 1711
Bardonia, NY 10954                             New York, NY 10016
Tel.: (845) 623-8071                           Tel.: (212) 370-3744
Fax: (845) 623-8072                            Fax: (212) 370-4996
*Attorneys for Plaintiff*                      *Attorneys for defendant*

SO ORDERED:
_____
U.S.D.J.

Dated: 2/1/08

1